**United States District Court**
**District of Connecticut**

| United States of America | : | Crim. No. 3:11-cr-00192-JCH |
|---|---|---|
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Andrew Constantinou, et al. | : | |
|    Defendants | : | April 23, 2014 |

**Motion for Hearing on Jury Misconduct**

The Defendant, **Andrew Constantinou,** by and through the undersigned counsel, hereby moves this Court to grant a hearing regarding allegations of jury misconduct during trial. In support hereof, the Defendant represents the following:

1. On April 22, 2014, defense counsel received an unsolicited voice-mail message from one of the alternate jurors from the trial. The message was left by the lone male alternate juror, who did not leave contact information in his message.

2. The alternate juror's message has been recorded and saved, and copies of which will be provided to the Court and the parties.

3. The alternate juror's message, as transcribed by defense counsel, reads, in full:

> "Hi, Mr. Santos. I guess the trial is over. I'm the alternate juror who started out because I knew they were voting guilty. I knew it was impossible for them to go through five feet of evidence in four hours. I knew they wanted

to fast track the decision. I heard all sorts of pro-Government statements even though we weren't allowed to deliberate until the end. I just want to let you know you put up a real good defense; there was all sorts of reasonable doubt. This jury was just super ignorant in every way possible. It's not funny. I just wish I was on the jury. I live five minutes from the courthouse. I would have stuck it out. So, um, I guess there is nothing that can be done now but I would be willing to testify to jury misconduct based upon what I heard, but that's probably limited because I wasn't part of the deliberations. So, um, I apologize for those jerks. I threw out little innuendos when we were able to talk, and they thought of the FBI, the Efrem Zimbalist Jr. FBI of the 70s. And, um, it was a real experience. You did a fine job just to let you know. Thank you."

4. Defense counsel has had no contact with the alternate juror or any other jurors beyond this voice-mail message. The alternate juror's claims imply gross misconduct by those on the jury in defendant's trial. According to the alternate juror's message, it appears that the jury has  discussed the case amongst themselves prior to being charged by the Court. It also appears that jurors indicated that they had already decided the defendant's guilt prior to the completion of the trial through "pro-Government statements". Finally, it appears that the jury indicated through statements that it wished to decide the case based upon speed and expedience, rather than careful deliberations

intended to reach a fair verdict. If these allegations are accurate, the defendant's rights were irreparably prejudiced by jury misconduct, depriving him of a fair trial guaranteed by the Constitution of the United States.

5. Additionally, co-defense counsel, Attorney Koffsky, was contacted via email on Friday, April 18, 2014, after the verdict, by a suspected juror or alternate juror, though the message was very cryptic. Attorney Koffsky responded to the email requesting an explanation since the content of the email was so limited, but has received no response. Defendant Constantinou requests that the Court also investigate this email and its possible relation to the misconduct alleged by the alternate juror's voice-mail to the undersigned counsel and any other potential misconduct.

Wherefore, Defendant Constantinou respectfully requests that the Court summon the referenced alternate juror forthwith to Court to testify concerning his allegations of juror misconduct.

**The Defendant,
Andrew Constantinou**

BY___/s/_____
　　　HUBERT J. SANTOS
　　　Federal Bar No. ct 00069
　　　JESSICA M. SANTOS
　　　Federal Bar No. ct 27292
　　　LAW OFFICES OF HUBERT J. SANTOS
　　　51 Russ Street
　　　Hartford, CT 06106
　　　Tel. (860) 249-6548
　　　Fax (860) 724-5533

## C e r t i f i c a t i o n

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.


_____/s/_____
HUBERT J. SANTOS